```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAHIRO RAMIREZ,

                Plaintiffs,

-against-

ARBENI MANAGEMENT COMPANY INC.; ARBER REALTY LLC; 1484 ASSOCIATES, LLC; GECAJ REALTY CORP.; XHAFER PROPERTIES CO., INC; MET BAJRAKTARI REALTY CORP.; KARDASH REALTY CORP.; PLLUM REALTY ASSOCIATES LLC; 31 AVNI REALTY CORP.; FLORIM REALTY CORP.; H.B. ASSOCIATES LLC; 3424 DEKALB ASSOCIATES, LLC; VRANOC REALTY CORP.; AVNI GECAJ; RRUSTEM GECAJ;

                Defendants.

1:21-cv-2759-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of a letter filed by Defendants informing the Court that the parties have reached a settlement in principle [ECF No. 63].  Accordingly, IT IS HEREBY ORDERED that the initial pretrial conference scheduled for October 5, 2021, at 2:00 PM is adjourned *sine die*. IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by September 30, 2021.  If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  August 30, 2021**
       **New York, NY**

*[Signature: Mary Kay Vyskocil]*
MARY KAY VYSKOCIL
United States District Judge