```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAHIRO RAMIREZ,

                Plaintiffs,

-against-

ARBENI MANAGEMENT COMPANY INC.; ARBER REALTY LLC; 1484 ASSOCIATES, LLC; GECAJ REALTY CORP.; XHAFER PROPERTIES CO., INC; MET BAJRAKTARI REALTY CORP.; KARDASH REALTY CORP.; PLLUM REALTY ASSOCIATES LLC; 31 AVNI REALTY CORP.; FLORIM REALTY CORP.; H.B. ASSOCIATES LLC; 3424 DEKALB ASSOCIATES, LLC; VRANOC REALTY CORP.; AVNI GECAJ; RRUSTEM GECAJ;

                Defendants.

1:21-cv-2759-MKV

ORDER CLARIFYING DISMISSAL ORDER AND GRANTING EXTENSION

MARY KAY VYSKOCIL, United States District Judge:

      On August 27, 2021, the Court received a letter filed by Defendants informing the Court that the parties had reached a settlement in principle. [ECF No. 63]. The Court subsequently filed an Order of Dismissal, discontinuing the action without costs to any party and without prejudice to restoring the action as long as the application to restore the action was made by September 30, 2021. [ECF. No. 64]. The Court later granted the parties request of an extension for that deadline to October 18, 2021. [ECF No. 66].

      On October 14, 2021, the parties jointly requested an extension of the deadline to file an application to restore the action to October 25, 2021. [ECF No. 67]. Further, the parties request clarification as to whether the October 25, 2021 deadline is the deadline for requesting *Cheeks* approval. [ECF No. 67].

IT IS HEREBY ORDERED that the parties shall file their joint application pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F. 3d 199 (2d Cir. 2015) for approval of the parties' settlement agreement on or before October 25, 2021.

IT IS FURTHER ORDERED that the Order filed at ECF No. 64 is stricken and the Court requests that the case be reopened.

**SO ORDERED.**

Date: October 15, 2021
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**