```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAHIRO RAMIREZ,

                Plaintiffs,

-against-

ARBENI MANAGEMENT COMPANY INC.; ARBER REALTY LLC; 1484 ASSOCIATES, LLC; GECAJ REALTY CORP.; XHAFER PROPERTIES CO., INC; MET BAJRAKTARI REALTY CORP.; KARDASH REALTY CORP.; PLLUM REALTY ASSOCIATES LLC; 31 AVNI REALTY CORP.; FLORIM REALTY CORP.; H.B. ASSOCIATES LLC; 3424 DEKALB ASSOCIATES, LLC; VRANOC REALTY CORP.; AVNI GECAJ; RRUSTEM GECAJ;

                Defendants.

1:21-cv-2759-MKV

ORDER SETTING CHEEKS REVIEW HEARING

MARY KAY VYSKOCIL, United States District Judge:

        On October 29, 2021, the parties jointly filed a letter requesting that the Court approve their settlement agreement.  [ECF No. 71].

        IT IS HEREBY ORDERED that the parties, including Plaintiff personally, shall appear via teleconference for a fairness hearing on December 7, 2021, at 3:00 PM.  Defendants are welcome, but not obligated, to attend.  If Plaintiff does not speak English, Plaintiff must provide his own interpreter.  The hearing can be accessed by dialing the Court's teleconference line at (888) 278-0296.  Enter the access code 5195844 when prompted.  All other filing deadlines and appearance dates are adjourned *sine die*.

**SO ORDERED.**

Date:  November 18, 2021
       New York, NY

MARY KAY VYSKOCIL
United States District Judge