USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/22/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAHIRO RAMIREZ,

        Plaintiffs,

-against-

ARBENI MANAGEMENT COMPANY INC.; ARBER REALTY LLC; 1484 ASSOCIATES, LLC; GECAJ REALTY CORP.; XHAFER PROPERTIES CO., INC; MET BAJRAKTARI REALTY CORP.; KARDASH REALTY CORP.; PLLUM REALTY ASSOCIATES LLC; 31 AVNI REALTY CORP.; FLORIM REALTY CORP.; H.B. ASSOCIATES LLC; 3424 DEKALB ASSOCIATES, LLC; VRANOC REALTY CORP.; AVNI GECAJ; RRUSTEM GECAJ;

        Defendants.

1:21-cv-2759-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

    Because of a conflict in the Court's Schedule, the fairness hearing scheduled for December 7, 2021 at 3:00 PM is ADJOURNED to December 7, 2021 at 11:00 AM.

**SO ORDERED.**

Date: **November 22, 2021**
     New York, NY

                        */s/ Mary Kay Vyskocil*
                        **MARY KAY VYSKOCIL**
                        **United States District Judge**