```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAHIRO RAMIREZ,

                Plaintiff,

-against-

ARBENI MANAGEMENT COMPANY INC.; ARBER REALTY LLC; 1484 ASSOCIATES, LLC; GECAJ REALTY CORP.; XHAFER PROPERTIES CO., INC; MET BAJRAKTARI REALTY CORP.; KARDASH REALTY CORP.; PLLUM REALTY ASSOCIATES LLC; 31 AVNI REALTY CORP.; FLORIM REALTY CORP.; H.B. ASSOCIATES LLC; 3424 DEKALB ASSOCIATES, LLC; VRANOC REALTY CORP.; AVNI GECAJ; RRUSTEM GECAJ,

                Defendants.

1:21-cv-02759-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

On October 29, 2021, Plaintiffs informed the Court that this case had been settled and submitted a letter and documentation supporting the fairness of the settlement [ECF No. 71]. The Court has reviewed these documents for fairness in accordance with the FLSA and Second Circuit law. *See, e.g.*, *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Considering the totality of the circumstances, the Court finds that the settlement is fair and reasonable and is the product of arm's length negotiations by parties represented by experienced counsel. It should be noted, however, that the Court is not in this endorsement opining specifically on the reasonableness of the rates charged by the attorney representing Plaintiff.

Accordingly, the settlement is approved, and the Court ORDERS that the case be dismissed with prejudice. The Clerk of Court is directed to terminate all pending motions, adjourn any remaining dates, and close this case.

**SO ORDERED.**

**Date: December 2, 2021**
**New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**